THOMAS E. DAY, JR.
INDEPENDENCE, OHIO

September 2, 2022

The Honorable Donald C. Nugent
801 West Superior Avenue, Courtroom 15A
Cleveland, Ohio 44113

Re: *Patrick Lally*

Dear Judge Nugent:

I write this letter in support of Patrick Lally, as he comes before you for sentencing. I have known Pat for over 30 years, both as a businessman and a friend. I have found Pat to be a thoughtful, good-hearted man always willing to help members of the community in which he lived and worked. Pat has always been willing to lend a helping hand to friends and community members alike. Based on my experiences with Pat, the circumstances which bring him before you are an aberration for the man I know.

As he comes before you for sentencing, considering the full measure of who Pat is, I ask that you be as lenient as possible.

Sincerely,

Thomas E. Day, Jr.

**DEFENDANT'S EXHIBIT**
**A**

August 24, 2022

Judge Peter J. Junkin, Retired
[redacted]
Aurora, Ohio 44202
Telephone: [redacted]

The Honorable Donald C. Nugent
801 West Superior Avenue, Courtroom 15A
Cleveland, Ohio 44113

Dear Judge Nugent,

I am writing to you on behalf of Patrick Lally. I have known Patrick since he was nine years old and feel that I know his character very well. I have observed him in good times and in bad.

Patrick has discussed this matter with me at great length. I can tell you that he has come to honestly understand what he did wrong and that he acknowledges his guilt.

I do not think that Patrick should be punished severely since he has admitted his guilt and previous to this incident had no criminal record. Additionally, if you review his health records, you will note that in his agony over this matter, Patrick's body has already punished him in a very meaningful and permanent way.

Finally, although Patrick has lost everything, he has been able to maintain a positive, yet realistic outlook on his life. I believe that this acceptance of reality and positive attitude will prevent him from any repeat offenses. He will be able to put this behind him and look forward.

His daughters, faith and friends will help him through this and on to the next chapter in his life.

I want to personally thank you for any leniency you can show Patrick. I know how hard it can be to balance all factors involved in sentencing.

Very Truly Yours,

*[signature]*

Judge Peter J. Junkin, Retired

Kevin Gill

~~[redacted]~~

Jupiter, FL 33458

The Honorable Donald C. Nugent

801 West Superior Avenue

Courtroom 15A

Cleveland, OH 44113

Dear Judge Nugent,

I am writing to you on behalf of Patrick J. Lally.   I lived as Patrick's neighbor in Aurora, OH from 1999-2014.  Patrick and I also did business together while I was VP Sales, Marketing and Business Development at Alamo Rent-A-Car and he was at Tim Lally Chevrolet.  I know and came to love Patrick, his family and his extended family through the years we shared in OH as business partners and as the closest of friends.

Patrick, has fallen far in the last few years and in my view (knowing him in both good times and bad), has not only suffered, but has learned and is already the better person for it.   He is both repentant and rehabilitated.  He is back.  He is the model citizen we would all want to meet as their new neighbor, as my family did in 1999.

The Patrick I know was a great community member, great business partner, great father, great husband, great Golf Club member and great role model.   (My son followed Patrick into University School.  My daughter followed his daughters into Hathaway Brown).  The 1999 Patrick *is* the 2022 Patrick, with the only exception that he has lost his family, his home, his wealth, his health (now getting it back) and his ability to give.   But all of these positive attributes can be regained, if only he is given the chance to prove himself to be the great man his parents raised.  And this will be accelerated if he is among his friends and family through the journey.

I hope you will consider leniency for Patrick J. Lally, who is ready to serve his community and himself in a manner that would make his parents and daughters proud.

Respectfully,

Kevin Gill

**From:** Rick Borowiak <rborowiak@...>
**Date:** September 11, 2022 at 8:39:02 AM EDT
**To:** ...
**Subject:** Letter

Richard G. Borowiak
...
Broadview Hts., Ohio 44147
Retired Chief of Police - Bedford, Ohio

The Honorable Donald C. Nugent
801 West Superior Avenue
Courtroom 15A
Cleveland, Ohio 44113

Dear Judge Nugent,

   I am writing you on behalf of Patrick J. Lally. I have known Patrick and the Lally family for over 40 years. Having grown up in Bedford, I saw him grow up as a young business man assuming the role his father had taken on as the co-owner of Tim Lally Chevrolet. He and his brother Michael were well respected business owners in the community.

   Over the years the business grew and at some point internal family issues arose with Michael and Patrick parting ways with Patrick walking away from the business.

   I am not aware of any of the particular facts as it relates to the case before you. My understanding is that it involves some type of bank fraud/loan case. Patrick may have errored in using poor judgement and I understand he is truly sorry for putting himself in this unfortunate position.

   Patrick is certainly not a threat to society and I hope the court will take into consideration his health conditions during the sentencing phase. Patrick and the Lally family have always been supportive of law enforcement making generous contributions to civic matters.

   In closing, I would hope the court would consider a sentence short of incarceration. Patrick is making every effort to return to being a productive, responsible member of the community.

Respectfully,

Richard G. Borowiak

Sent from my iPad